UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,  :  21-Cr. 530 (SHS)

    -v-  :  CONSENT TO PROCEED BY
VIDEOCONFERENCE OR
Marc Elefant, et al.  :  TELECONFERENCE

    Defendant.  :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Defendant __Marc Elefant__ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

\_\_\_\_ Initial Appearance/Appointment of Counsel

✓ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_\_ Preliminary Hearing on Felony Complaint

\_\_\_\_ Bail/Revocation/Detention Hearing

✗ Status and/or Scheduling Conference

\_\_\_\_ Misdemeanor Plea/Trial/Sentence

_____  _____
Defendant's Signature (Judge may obtain  Defense Counsel's Signature
Verbal consent on Record and Sign for Defendant

_Mark Elefant_  _M. Bachner_
Print Defendant's Name  Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

_November 18, 2021_  _____
Date  Sidney H. Stein, U.S.D.J.